| | |
|---|---|
| | HONORABLE RONALD B. LEIGHTON |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EDWARD M. GLASMANN,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF LAKEWOOD, WASHINGTON;<br>MARK EAKES and KENNETH HENSON,<br><br>    Defendants. | Case No. C07-5193<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

THIS matter is before the Court upon Plaintiff's Motion for Issuance of Writ of Habeas Corpus Ad Testificandum [Dkt. #65]. The Court has considered the pleadings and the file and record herein, and it is hereby ORDERED that Plaintiff Edward Glasmann's Motion for Issuance of Writ of Habeas Corpus Ad Testificandum is GRANTED.

1 | Mr. Edward M. Glasmann, DOC No. 905293, is in the custody of the Washington Department of Corrections at the Monroe Correctional Center in Monroe, Washington. The Department of Corrections shall arrange for the production of Mr. Glasmann in the courtroom of the Honorable Ronald B. Leighton, United States District Judge, in the United States Courthouse, 1717 Pacific Avenue, Tacoma, Washington, Wednesday, February 11, 2009, and shall arrange for Mr. Glasmann's production until the trial is concluded. The Department of Corrections shall arrange for the custody and presence at the proceedings, and shall arrange for Mr. Glasmann's presence at the trial each day until the trial is concluded.

The United States Marshal shall facilitate the execution of this Order while Plaintiff is in the United States Courthouse. However, the DOC shall be responsible for the security required by Mr. Glasmann's presence in the Courthouse while he is in the Courthouse. Details of the housing, transportation, and escort of Mr. Glasmann shall be left to the agencies involved unless further instruction is needed.

The Plaintiff shall serve a copy of this Order on the Department of Corrections and the appropriate official(s) at the Monroe Correctional Facility.

IT IS SO ORDERED.

Dated this 3rd day of February, 2009.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE